JAMES E. McLINDEN, Appellant, v. WILDA E. McLINDEN, Respondent.—

No opinion.

Present — MacCrate, Acting P. J., Schmidt, Beldock, Murphy and Ughetta, JJ. [See *post,* p. 1105.]

JULIUS F. MILLER, Appellant, v. CITY OF NEW YORK et al., Respondents.—

Present — Nolan, P. J., Wenzel, Schmidt, Beldock and Murphy, JJ. [See *post,* p. 1105.]